# In the United States Court of Appeals for the Third Circuit

No 20-2936

_____

COUNTY OF BUTLER, *et al.*,

v.

GOVERNOR OF PENNSYLVANIA, *et al.*

_____

*On appeal from the U.S. District Court for the
Western District of Pennsylvania at No. 2:20-cv-677*

_____

**MOTION BY LEADERS OF THE
PENNSYLVANIA HOUSE OF REPRESENTATIVES
FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE***

_____

Anthony R. Holtzman
K&L Gates LLP
17 North Second Street, 18th Floor
Harrisburg, PA 17101-1507
(717) 231-4500
(717) 231-4501
anthony.holtzman@klgates.com
*Counsel for the House Leaders*

The following leaders of the Pennsylvania House of Representatives ("House Leaders") move for this Court to grant them leave to file a brief as *amici curiae* in support of the Appellees' response in opposition to the Appellants' Motion for a Stay of the District Court's Order Pending Appeal ("Motion for a Stay"): the Speaker of the Pennsylvania House of Representatives, Bryan D. Cutler, the Majority Leader of the House, Kerry A. Benninghoff, the House Majority Whip, Donna Oberlander, the Chair of the House Appropriations Committee, Stan E. Saylor, the Chair of the House Majority Caucus, Marcy Toepel, the Secretary of the House Majority Caucus, Mike Reese, the Administrator of the House Majority Caucus, Kurt A. Masser, and the Chair of the House Policy Committee, Martin T. Causer.

In support of this motion, the House Leaders state as follows:

1. In response to the COVID-19 pandemic, Pennsylvania's Governor and Secretary of Health ("Secretary") have issued a number of emergency orders.

2. Those orders include components that impose restrictions on the number of people who may be present at gatherings, require "non-life-sustaining" businesses to close, and compel people to stay at home.

3. The District Court concluded that these components of the orders violate the United States Constitution.

4. The Governor and Secretary appealed the District Court's decision to this Court.

5. The Governor and Secretary asked the District Court to stay its decision during the pendency of this appeal, but it declined to do so.

6. The Governor and Secretary have now filed the Motion for a Stay, asking this Court to issue the stay.

7. The Governor and Secretary were able to issue their orders only because the Pennsylvania General Assembly delegated certain authority to them.

8. The General Assembly, in particular, enacted the Emergency Management Services Code, 35 Pa.C.S. § 7101 *et seq.*, and the Disease Prevention and Control Law of 1955, 35 P.S. § 521.1 *et seq.*, and, through those statutes, supplied the Governor and Secretary with the authority to take certain actions to address emergency situations.

9. The delegations are relatively broad so that the Governor and Secretary can act nimbly and effectively in responding to emergencies.

10. Because the delegations are relatively broad, however, the Governor and Secretary can also readily exercise their authority in ways that are contrary to the United States or Pennsylvania Constitution.

11. It is therefore critically important, in this context, for the Judiciary to be vigilant in reviewing the Governor's and Secretary's actions to determine if they are constitutional.

12. The Judiciary should accomplish this objective, in part, by refraining from giving the Governor and Secretary an unduly high level of deference.

13. As leaders and members of the General Assembly—the body that delegated the authority to the Governor and Secretary—the House Leaders have a direct and substantial interest in this issue.

14. The House Leaders request leave to submit a brief as *amici curiae* in order to explain why, as this Court determines whether the Governor and Secretary are likely to prevail on the merits of this appeal

as an element of determining whether it should stay the District Court's decision during the pendency of the appeal, it should not give those officials an unduly high level of deference in assessing whether the relevant aspects of their orders are constitutional.

    WHEREFORE, the House Leaders request leave of this Court to file the attached brief as *amici curiae* in support of the Appellees' response in opposition to the Motion for a Stay.

Date:  September 30, 2020      Respectfully submitted,


                                      s/ Anthony R. Holtzman
                                      Anthony R. Holtzman
                                      K&L Gates LLP
                                      17 North Second Street, 18th Floor
                                      Harrisburg, PA 17101-1507
                                      (717) 231-4500
                                      (717) 231-4501
                                      anthony.holtzman@klgates.com
                                      *Counsel for the House Leaders*

## CERTIFICATE OF SERVICE

On September 30, 2020, I caused the foregoing Motion to be served through the Court's ECF system upon counsel of record for the parties in this appeal.

s/ Anthony R. Holtzman
Anthony R. Holtzman